**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RONDA DEPRIEST**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:12-cv-00235 KGB**
                                          **Case No. 4:14-cv-00037 KGB**

**DENNIS MILLIGAN**                                                                        **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the Opinion and Order entered on this date, the Court enters judgment as follows:

1.  Judgment is entered in favor of defendant Dennis Milligan over plaintiff Ronda DePriest's claims of gender discrimination under 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1963 ("Title VII"), 42 U.S.C. § 2000e *et seq.*; the Government Employee Rights Act of 1991 ("GERA"), 42 U.S.C. §§ 2000e(f), 2000e-16c; and the Arkansas Civil Rights Act ("ACRA"), Ark. Code Ann. § 16-123-101 *et seq.*, based on Ms. DePriest's non-retention as chief deputy and Mr. Milligan's failure to hire Ms. DePriest as electronic records manager;

2.  Judgment is entered in favor of Mr. Milligan as to any discrimination or retaliation claim premised on the allegation that Ms. DePriest should have been allowed the opportunity to take another position for which she did not apply;

3.  The Court dismisses without prejudice Ms. DePriest's claims alleging a violation of her right to remonstrate under the Arkansas Constitution and the ACRA;

4.  Judgment is entered in favor of Mr. Milligan as to Ms. DePriest's claims of retaliation under the First Amendment for failing to hire her for the electronic filing coordinator and real estate clerk positions;

5.  Judgment is entered in favor of Mr. Milligan over Ms. DePriest's claims of retaliation under § 1983, Title VII, and the ACRA for failing to hire her for the electronic filing coordinator and real estate clerk positions;

It is so adjudged this 12th day of January, 2015.


Kristine G. Baker
United States District Judge